IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>ROBERT S. ROOT,<br><br>     Defendant. | 8:20CR142<br><br>ORDER |

This matter is before the court the defendant's unopposed Motion to Continue [17]. Counsel seeks additional time to complete discovery and plea negotiations with the government.  For good cause shown,

  **IT IS ORDERED** that the defendant's unopposed Motion to Continue [17] is granted, as follows:

1. The jury trial, now set for September 29, 2020, is continued to **November 3, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 3, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

  **DATED:  September 22, 2020.**

                BY THE COURT:

                s/Susan M. Bazis
                United States Magistrate Judge